UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JUMEL SMITH | CIVIL ACTION 23-152 |
| VERSUS | JUDGE |
| NORTH LIGHT SPECIALTY INSURANCE COMPANY | MAGISTRATE |

## EXHIBIT LIST

Defendant, North Light Specialty Insurance Company ("North Light"), hereby lists its exhibit for the Notice of Removal.

The exhibit consists of the pleadings from the state court, 19th Judicial District.

Respectfully submitted,

/s/ James L. Donovan, Jr.
JAMES L. DONOVAN, JR. (1337)
DONOVAN & LAWLER, APLC
4640 Rye Street
Metairie, LA 70006
Telephone: (504) 454-6808
Facsimile: (504) 887-5885
Email: jdonovan@donovanlawler.com

Attorneys for defendant

-1-

-2-

CERTIFICATE OF SERVICE

    I hereby certify that on March 1, 2023 the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                            /s/ James L. Donovan, Jr.